AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ginsburg, Ruth B. | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address |
|---|
| Supreme Court of the United States<br>One First Street, NE<br>Washington, DC 20543 |

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 08/29/11 | Southern Methodist University Dedman School of Law, Dallas, TX - Jurist-in-Residence August 28-31, 2011 | $15,000.00 |
| 2. | 10/13/11 | University of California, Hastings College of Law, San Francisco, CA - Legally Speaking interview September 14-16, 2011 | $8,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Historical Society | January 27-29, 2011 | New York, NY | Lecturer for public program | transportation, lodging, food |
| 2. | New York City Bar Association | February 7-9, 2011 | New York, NY | Panelist at Ruth Bader Ginsburg Lecture on Women in the Law | transportation, food |
| 3. | Supreme Court Historical Society and Historical Society of Courts of New York | May 4-6, 2011 | New York, NY | Speaker at lecture series | transportation, lodging, food |
| 4. | Harvard University | May 25-26, 2011 | Cambridge, MA | Recipient of Honorary Degree | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Ruth B.** | 05/14/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Southern Methodist University Dedman School of Law | August 28-31, 2011 | Dallas, TX | Jurist-in-Residence and Louise Ballerstedt Raggio Lecturer | transportation, lodging, food |
| 6. | University of California Hastings College of Law | September 14-16, 2011 | San Francisco, CA | Participant in Legally Speaking Interview Series | transportation, lodging, food |
| 7. | National Association of Women Judges | October 15-16, 2011 | Newark, NJ | Speaker at Annual Awards Banquet | transportation, lodging, food |
| 8. | New York City Bar Association | December 14-15, 2011 | New York, ,NY | Panelist at Ruth Bader Ginsburg Lecture on Women in the Law | transportation, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account-Morgan Guaranty Trust Co., NYC | | None | L | T | | | | | |
| 2. Checking account-interest bearing-PNC Bank, DC | A | Interest | L | T | | | | | |
| 3. JP Morgan Intermediate Tax Free Income Fund | E | Interest | P1 | T | Sold (part) | 12/31/11 | M | A | |
| 4. Class A shares & Class B shares in AVI Holding(y) Corp.(y) | | None | J | W | Closed | 01/01/11 | J | A | |
| 5. 7.5500% general partner interest in Wegoma 1974 Assoc. (y) | | | | | Distributed | 01/01/11 | M | A | |
| 6. TIAA/CREF Retirement Accounts (including IRA) | A | Interest | P1 | T | Distributed (part) | 12/01/11 | L | F | |
| 7. Fried,Frank,Harris,Shriver law firm retirement acct. (y) | | | | | Closed | 01/01/11 | | | |
| 8. Martin D. Ginsburg, P.C. Fried,Frank,Harris law firm (y) | | | | | Distributed | 01/01/11 | | | |
| 9. TIAA/CREF Mutual Funds | D | Int./Div. | N | T | | | | | |
| 10. TIAA/CREF Mutual Funds (y) | | | O | T | Distributed | 01/01/11 | O | A | |
| 11. JP Morgan Total Return Select Fund | C | Dividend | M | T | | | | | |
| 12. JP Morgan Short Duration Bond Fund | E | Int./Div. | P1 | T | Sold (part) | 11/22/11 | L | A | |
| 13. JP Morgan Tax Aware Disciplined Equity | A | Dividend | M | T | Sold (part) | 10/03/11 | M | A | |
| 14. JP Morgan Market Expansion | A | Dividend | M | T | | | | | |
| 15. JP Morgan Emerging Markets | B | Dividend | M | T | | | | | |
| 16. JP Morgan Investment Cash | A | Interest | K | T | | | | | |
| 17. JP Morgan Int'l Currency (x) | D | Interest | M | T | Buy | 12/01/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Ultra (x) (y) | A | Dividend | L | T | Buy | 12/01/11 | L | A | |
| 19. Fried, Frank Pension (commenced on death of spouse) (x) | G | Distribution | P1 | T | | | | | |
| 20. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Ruth B. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544